Probation Form No. 35                                            Order Terminating Supervised Release
(1/92)                                                                 Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

                               06cr484
      v.                    Docket No. 0208 1:~~17CR00123-37~~ (LAP)

Julio Cuello

     On March 9, 2020, the above-named was placed on Supervised Release for a period of five (5) years. Mr. Cuello has complied with the rules and regulations of Supervised Release and we believe that a reduction in supervision is warranted. It is accordingly recommended that his Supervised Release be reduced by one (1) year.

                                                           Respectfully submitted,

                                  by     *Lauren Blackford*
                                                              Lauren M. Blackford
                                                              U.S. Probation Officer Specialist

### ORDER OF THE COURT

     Pursuant to the above report, it is ordered that Julio Cuello be a granted a one (1) year reduction in his Supervised Release term with a new maximum expiration date of March 8, 2024.

Date this    11th    day of    April   , 20 22.

                                                              *Loretta A. Preska*
                                                              Honorable Loretta A. Preska
                                                              Senior U.S. District Judge