UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

            Plaintiff,

-against-

JULIO CUELLO,

            Defendants.

No. 6 CR 484 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Julio Cuello's request for early termination of supervised release. (Dkt. no. 232.) The Government shall its response, if any, by June 14, 2023. Mr. Cuello shall file his reply, if any, by June 28, 2023.

    Mr. Cuello's request that this motion be sealed is granted.

**SO ORDERED.**

Dated:    May 24, 2023
             New York, New York

                            _____
                            LORETTA A. PRESKA
                            Senior United States District Judge