UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>-against-<br><br>JULIO CUELLO,<br><br>                Defendants. | 06-CR-484 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Before the Court is Defendant's request for early termination of supervised release, (dkt. no. 232). The Court is informed that Defendant was released on March 9, 2020 and his supervised release ended on March 8, 2024. Accordingly, the motion is denied as moot. The Clerk of the Court is directed to close dkt. no. 232.

**SO ORDERED.**

Dated:    New York, New York
           April 14, 2025

_____
           LORETTA A. PRESKA
           Senior United States District Judge